IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBERT LEE TAYLOR,<br><br>                   Plaintiff<br><br>      VS.<br><br>OFFICER T. TAYLOR, *et al.*<br><br>                   Defendants | NO.  5: 03-CV-316 (CWH)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

# O R D E R

Before the court is the plaintiff's Motion for Reconsideration of the court's June 23, 2006 order (Tab #57) denying his motion for summary judgment in the above-styled case. Tab #58. After further review, the undisputed facts before the court are still insufficient to warrant summary judgment being awarded for the plaintiff. The plaintiff's Motion for Reconsideration is accordingly DENIED.

SO ORDERED, this 3rd day of JULY, 2006.



*/s/ Claude W. Hicks, Jr.*

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE