IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ROBERT LEE TAYLOR, | : | |
| Plaintiff | : | |
| VS. | : | |
| B.C. WALKER and K. WHITE, | : | NO. 5:03-CV-316 (CWH) |
| Defendants | : | **O R D E R** |

Plaintiff **ROBERT LEE TAYLOR** has filed a motion to proceed *in forma pauperis* on appeal from the entry of judgment for the defendants, pursuant to a jury verdict in their favor. In the Court's best judgment, an appeal from that order cannot be taken in good faith. 28 U.S.C. § 1915(a)(3). As noted in the Court's judgment, the issues in this case have been fully tried and the jury has rendered its verdict. The court produced for the benefit of plaintiff the only witness he requested, and that witness testified favorably to plaintiff at trial. Plaintiff testified at trial; the issues raised by him were fairly presented to the jury; the jury simply chose not to believe plaintiff's version of the facts and declined to render judgment in his favor. Accordingly, plaintiff's motion to proceed IFP on appeal having been carefully considered, it is **DENIED**.

SO ORDERED AND DIRECTED, this 20th day of JULY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE